IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE

DALE PENNIE, pro se, )
)
        Plaintiff, )
) Civil No. 09-6339-TC
  v. )
) ORDER
COOS COUNTY, a municipal )
corporation, et al., )
)
        Defendants. )
_____)

    Magistrate Judge Thomas M Coffin has filed his Findings and Recommendation on December 29, 2010. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1   - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles <u>de novo</u>, I find no error.

Accordingly, I ADOPT Judge Coffins Findings and Recommendation. The county defendants' motion for summary judgment (#18), the state defendants' motion for summary judgment (#24), and the trust's motion for summary judgment (#28) are allowed and this action is dismissed.

DATED this 19th day of January, 2011.

_____
United States District Judge

2   - ORDER